■ In the Matter of Brian Miller, Appellant, v Jennifer Miller, Also Known as Jennifer Schlaffer, Respondent. [908 NYS2d 381]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered March 24, 2009 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objections of petitioner to the order of the Support Magistrate and confirmed that order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Carni, Lindley, Green and Gorski, JJ.